**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRADLEY WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UBER USA, LLC, UBER TECHNOLOGIES, )<br>INC., and RASIER, LLC, )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. 1:17-cv-8593<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**DEFENDANT UBER TECHNOLOGIES, INC.'S SUPPLEMENTAL CORPORATE
DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Defendant Uber Technologies, Inc., by and through its undersigned counsel, submits this Supplemental Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Local Rule 3.2(b). SB Cayman 2 Ltd., a private company, owns more than five percent of Uber Technologies, Inc.'s outstanding stock. SB Cayman 2 Ltd. is a subsidiary of Softbank Group Corp., a publicly traded corporation.

DATED: February 8, 2018     Respectfully submitted,

By: */s/ E. Desmond Hogan*

**E. Desmond Hogan**
(admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
**Michelle A. Kisloff**
(admitted *pro hac vice*)
michelle.kisloff@hoganlovells.com
**Allison M. Holt**
(admitted *pro hac vice*)
allison.holt@hoganlovells.com
HOGAN LOVELLS US LLP

1

Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: 202.637.5600
Facsimile: 202 637.5910

**Vassi Iliadis**
(admitted *pro hac vice*)
vassi.iliadis@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: 310.785.4600
Facsimile: 310.785.4601

**Eric Brandfonbrener**, Bar No. 6195674
ebrandfonbrener@perkinscoie.com
**Christopher B. Wilson**, Bar No. 6202139
cwilson@perkinscoie.com
**Regina LaMonica**, Bar No. 6293503
rlamonica@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street
Suite No. 1700
Chicago, IL 60603
Telephone: 312.324.8400
Facsimile: 312.324.9586

*Attorneys for Defendant Uber Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

  I, E. Desmond Hogan, hereby certify that on this 8th day of February, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all filing users.

                */s/ E. Desmond Hogan*
                E. Desmond Hogan